# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00308-BBM-JMF
## USA v. Loveless et al
## Honorable Beverly B. Martin

Minute Sheet for proceedings held In Open Court on 02/05/2007.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Montrell Vann |
| TIME COURT CONCLUDED: 10:40 A.M. | CSO/DUSM: Arthur White/Tre Banks |
| TIME IN COURT: 00:40 | DEPUTY CLERK: Pamela Wright |

| | |
|---|---|
| DEFENDANT(S): | [1]Gary Matthew Loveless Present at proceedings |
| ATTORNEY(S) PRESENT: | Richard Grossman representing Gary Matthew Loveless<br>William McKinnon representing USA<br>Nancy Weiss representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[162]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | Government's Motion for Downward Departure of two levels [162] GRANTED; court also departed one additional level. Sentence imposed: 4 years probation, with first 8 months to be served on home confinement with electronic monitoring; $2,000.00 fine; $100.00 special assessment. Defendant advised of appeal rights by the court. |
| HEARING STATUS: | Hearing Concluded |