PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2010

JAMES N. HATTEN, Clerk
By: [signature]

U. S. A. vs. Gerald Gunner Griffin

Docket No. 1:05CR-308-3
~~FILED UNDER SEAL~~

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Ted Fuller PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Gerald Gunner Griffin who was placed on supervision for the offense of Possession of Electronic Images of Federal Reserve Notes and Conspiracy to Possess Electronic Images of Federal Reserve Notes, 18 USC §§474 & 371, by the Honorable Beverly B. Martin sitting in the court at Atlanta, on the 20th day of February, 2007, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

On December 21, 2007, the defendant's conditions of supervision were modified to include the following: The defendant shall participate in the drug\alcohol treatment program under the guidance and supervision of the United States Probation Officer, and if able, contribute to the cost of services for such treatment.

**THIS CASE WAS ASSIGNED TO THE HONORABLE CHARLES A. PANNELL, JR. ON AUGUST 11, 2010.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Standard Condition #6: The defendant shall notify the probation officer withing seventy-two hours of any change in residence or employment.** The defendant has failed to report his change in address as directed.

**Violation of Standard Condition #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.** The defendant failed to report contact with law enforcement, which occurred on July 30, 2010, as required.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Gerald Gunner Griffin and that Gerald Gunner Griffin be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this /3 day of Aug, 2010 and ordered filed and made a part of the records in the above case. | Respectfully, *[signature]* |
| *[signature]* | Ted Fuller<br>U. S. Probation Officer |
| Honorable Charles A. Pannell, Jr.<br>U. S. District Court Judge | Place: Rome, Georgia<br>Date: August 11, 2010<br><br>*[signature]*<br>Richard C. Flanigen<br>Supervising U. S. Probation Officer |