PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2010

JAMES N. HATTEN, Clerk

U. S. A. vs. Gary Loveless

Docket No. 1:05-CR-308-1

## PETITION AND ORDER TO MODIFY CONDITIONS OF PROBATION

COMES NOW Ted Fuller PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Gary Loveless who was placed on supervision for the offense of Possession of Electronic Images of Federal Reserve Notes, 18 USC §474, by the Honorable Beverly B. Martin sitting in the court at Atlanta, on the 5th day of February, 2007 who fixed the period of supervision at 48 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall pay any financial penalty that is imposed by this judgment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall participate in the following home confinement detention program for a period of 240 days and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

**THIS CASE WAS REASSIGNED TO THE HONORABLE CHARLES A. PANNELL, JR. ON JULY 13, 2009.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

<u>Violation of Standard Condition</u>: **The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.**

The defendant tested positive for methamphetamine on June 22, 2010, and June 28, 2010. The defendant admitted to using illegal drugs and signed an admission of drug use form. The defendant was referred to the contract treatment facility for outpatient alcohol/drug treatment and placed on the code-a-phone system for the purpose of random drug testing. A violation report was sent to the Court and continued supervision was approved.

The defendant tested positive for methamphetamine on August 4, 2010. The defendant signed a waiver of revocation hearing and agreed to a modification of conditions to include Home Confinement\Electronic Monitoring for 180 days.

PRAYING THAT THE COURT WILL ORDER the conditions of probation be modified to include the following: The defendant shall participate in the following home confinement detention program for a period of 180 days and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

ORDER OF COURT

Considered and ordered this 13 day of Aug, 2010

and ordered filed and made a part of the records in the above case.

Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Respectfully,

Ted Fuller
U. S. Probation Officer

Place: Rome, Georgia

Date: August 11, 2010

Richard C. Flanigen
Supervising U. S. Probation Officer